**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------x

TARBOX MOTORS, INC., and
TARBOX CHRYSLER JEEP, LLC

          Appellants,

      v.

OLD CARCO, LLC
formerly known as Chrysler, LLC

          Appellee.
------------------------------------x

09 Cv. 6286 (BSJ)
**Order**

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

    On August 17, 2009, Appellants filed a Motion to Dismiss the above-captioned bankruptcy appeal action pursuant to Federal Rule of Bankruptcy Procedure 8001(c)(2). On September 14, 2009, this Court received a letter indicating that Appellee does not object to the requested motion. The Appellants' motion is hereby granted. The Clerk of the Court is directed to close the case.


SO ORDERED:

                                              */s/ Barbara S. Jones*
                                          **BARBARA S. JONES**
                                          **UNITED STATES DISTRICT JUDGE**


Dated:    New York, New York
            September 15, 2009

1